**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAUNDRY LOVE BURBANK INC,<br><br>　　　　　Defendant. | Case No. CV 23-1131-DMG (SPx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Omar Luna's motion for default judgment by Order dated August 3, 2023,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Laundry Love Burbank Inc. in the amount of $5,884.50, consisting of $4,000 in statutory damages, $1,482.50 in attorneys' fees and $402 in litigation costs. Defendant is ORDERED to provide accessible parking at the restaurant located at 10504 Victory Blvd., North Hollywood, CA, in compliance with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.

**IT IS SO ORDERED.**

DATED: August 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE